# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Ryshawn Lust, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 21-cv-0776 |
| | ) | |
| v. | ) | Chief Judge Rebecca R. Pallmeyer |
| | ) | |
| Supt. Hayes, Lt. Delitz. Director Gavin, Sgt. Hicks, and Sgt. Gathwright, individual | ) ) | Magistrate Judge Gabriel A. Fuentes |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE OF DISCOVERY DOCUMENTS TO PLAINTIFF

To:  Ryshawn Lust IDOC # Y48063
     6695 State Route #146 East
     Vienna, IL 62995

I, Briana J. Leatherberry, attorney for the Defendants, hereby certify that I have caused the following to be served upon Plaintiff, Ryshawn Lust, on November 15, 2021 via First Class U.S. mail:

1. Defendants' Initial 26(a)(1) Disclosures.

By: */s/ Briana J. Leatherberry*
Briana J. Leatherberry
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602
Briana.leatherberry@cookcountyil.gov
(872) 267-2880

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on November 15, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

The undersigned attorney further certifies that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, to the following non-CM/ECF participants:

Ryshawn Lust IDOC # Y48063
6695 State Route #146 East
Vienna, IL 62995

> */s/ Briana J. Leatherberry*
> Briana J. Leatherberry